■ The People of the State of New York, Respondent, v Hei Yu Chio, Appellant.—Judgment of the Supreme Court, New York County (Edward McLaughlin, J.), rendered on February 8, 1989, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the second degree, and sentencing him to an indeterminate prison term of from five years to life, is unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence *(People v Farrar,* 52 NY2d 302, 305). Further, defendant was sentenced in accordance with his plea bargain and within statutory guidelines. "Having received the benefit of his bargain, defendant should be bound by its terms" *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918). Concur—Murphy, P. J., Carro, Milonas and Ellerin, JJ.

■ The People of the State of New York, Respondent, v Jose Colon, Appellant.—Judgment of the Supreme Court, New York County (Dorothy Cropper, J.), rendered on March 17, 1987, convicting defendant, upon his plea of guilty, of arson in the second degree and burglary in the second degree and sentencing defendant to concurrent indeterminate prison terms of from 8⅓ to 25 years for the arson count and from 5 to 15 years for the burglary count, is unanimously affirmed.

Taking into account, "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence. *(People v Farrar,* 52 NY2d 302, 305.)

Further, defendant was sentenced in accordance with his plea bargain and within statutory guidelines. "Having received the benefit of his bargain, defendant should be bound by its terms." *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918.) Concur—Murphy, P. J., Carro, Milonas and Ellerin, JJ.